United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**WILLIAM J. POZZOULI,**

    **Plaintiff,**

  V.                          **CASE NUMBER:**    **8:07-CV-0414 (VEB)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**[ ]  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings is GRANTED; and that Plaintiff's motion for judgment on the pleadings is DENIED.

    All of the above pursuant to the order of the Honorable Judge Victor E. Bianchini, dated the 28th day of August, 2008.

**DATE:**    **August 28, 2008**                 **LAWRENCE K. BAERMAN**
                                                      **CLERK OF COURT**

                                                        **s/**
                                                        _____
                                                        **By:   Lori M. Welch**
                                                              **Deputy Clerk**